IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

US ACQUISITION PROPERTY VIII, LLC, AS SUCCESSOR IN INTEREST TO
GENERAL ELECTRIC CAPITAL CORPORATION, A FOREIGN CORPORATION,

Appellant,

v.

Case No.  5D23-175
LT Case No. 16-2010-CA-005247

RONALD F. LEGRAND, AN INDIVIDUAL, BEVERLY B. LEGRAND, AN INDIVIDUAL,
AND NORTHSIDE FUNDING, INC.,  A FLORIDA CORPORATION,

Appellees.

_____/

Decision filed July 25, 2023

Nonfinal Appeal from the Circuit Court
for Duval County,
Michael S. Sharrit, Judge.

Brandon Meadows and Stewart J.
Subjinski, of Jimerson Birr P.A.,
Jacksonville, for Appellant.

Thomas J. Fraser, Jr., of Eavenson,
Fraser, Lunsford, PLLC,
Jacksonville, for Appellees.


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., JAY and MACIVER, JJ., concur.